DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ALI TAJ BEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2188

————————————————

September 27, 2023

Appeal from the Circuit Court for Hillsborough County; Barbara Twine Thomas, Judge.

Howard L. Dimmig, II, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

KHOUZAM, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.